UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EARL HOBBS,

    Plaintiff,

  v.

STATE OF CALIFORNIA, et al.,

    Defendants.

No. CV 11-5018-SJO AGR)

JUDGMENT

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice in favor of all Defendants.

DATED: April 4, 2012

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE